# Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

WRITER'S DIRECT:    212-465-1188
cklee@leelitigation.com

November 6, 2024

**<u>Via Electronic Filing</u>**
The Honorable Lois Bloom, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *Brown v. Star Renovations NY LTD et al.*
     <u>Case No. 1:23-cv-08319</u>

Dear Judge Bloom:

 I am counsel to Plaintiff in the above-referenced case. I write to respectfully request that the Court enter the parties' Rule 26 meeting report.

 As of this date, the parties have yet to resolve this matter. As such, I respectfully request that the Court enter the parties' Rule 26 meeting report.

 I thank the Court for Its consideration of the above.

Respectfully submitted,

<u>/s/ C.K. Lee</u>
C.K. Lee, Esq.